# United States District Court
## Criminal Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 10:00 AM | Case No. | 3:25cr122-TKW |
| Time Concluded | 10:54 AM | Date | 12/11/2025 |

**DOCKET ENTRY:** Sentence Hearing Held for Defendant **CARLTON D SHOEMAKER.** Defendant adjudged guilty Counts 1 - 5; Defendant is committed to the custody of BOP for a total term of 46 months as to Counts 1, 2, 3, and 5, with concurrent terms and 60 months as to Count 4 consecutive to the terms in Counts 1, 2, 3, and 5; Supervised Release 3 years as to each count, with concurrent terms; $500 SMA; Fine waived.

PRESENT: HONORABLE **T. KENT WETHERELL II** U.S. DISTRICT JUDGE

| Christopher Patterson | Ben Pearce | Julie Wycoff | Paula Cawby |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**USA v DEFENDANT LISTED BELOW**  
(1) CARLTON D SHOEMAKER

**ATTORNEY FOR DEFENDANT**  
(1) Christopher Crawford

✓ Present    ✓ Custody    ___ O/R        ✓ Present    ___ Appointed    ✓ Retained

**PROCEEDINGS:**

- ✓ Defendant reviewed the PSR with counsel and agrees the PSR is factually accurate
- ✓ Court adopts findings in the Revised PSR as part of the Judgment in the case
- ___ Witnesses:
- ✓ Exhibits: Government #1, admitted
- ✓ Defendant addresses the Court
- ___ Court addresses the defendant; Defendant adjudged guilty
- ✓ Court imposes sentence
- ✓ BOP recommendations: Placement near Pensacola, FL; RDAP and Mental Health Counseling available.
- ___ Possible early term of TSR: on recommendation of USPO if in compliance
- ✓ Assessments to be paid at a rate of   25.00   per month to begin within   60   days of release
- ___ Forfeiture filed at Document:
- ___ Defendant to self-surrender to USMS or designated facility by 12:00 noon on
- ✓ Defendant advised of right to appeal